IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02047-WYD-BNB

MARC SOKOL,

Plaintiff,

v.

SCHWAN'S HOME SERVICE, INC., and
WILLIAM WHITCOMB,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed on the record:

IT IS ORDERED that a supplemental final pretrial conference is set for **August 6, 2007, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit on or before **August 3, 2007**, a revised proposed final pretrial order modified as discussed on the record this morning.

IT IS FURTHER ORDERED that copies of trial exhibits must be provided to opposing counsel on or before **August 3, 2007**.

IT IS FURTHER ORDERED that a settlement conference is set for **October 12, 2007, at 1:30 p.m.** Confidential settlement letters shall be submitted to my chambers on or before

**October 5, 2007**. Lawyers and client representatives with full authority to settle the case must be present at the conference in person.

Dated June 29, 2007.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge