IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02047-WYD-BNB

MARC SOKOL,

Plaintiff,

v.

SCHWAN'S HOME SERVICE, INC., and
WILLIAM WHITCOMB,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a supplemental final pretrial conference. The proposed supplemental pretrial order was refused for the reasons stated on the record. Consistent with matters discussed on the record:

IT IS ORDERED that a second supplemental final pretrial conference is set for **September 4, 2007, at 1:45 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the plaintiff shall provide to the defendants copies of all exhibits, Bates numbered, on or before **August 17, 2007**, and shall filed a revised exhibit list on or before **August 17, 2007**.

IT IS FURTHER ORDERED that the objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the Clerk of the Court and served on opposing counsel by hand delivery or facsimile on or before **August 28, 2007.**

IT IS FURTHER ORDERED that the defendant shall serve on the plaintiff on or before **August 17, 2007**, the IME report prepared by Dr. Stephen Dinenberg, M.D.

Dated August 6, 2007.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge