IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02047-WYD-BNB

MARC SOKOL

    Plaintiff,

v.

SCHWAN'S HOME SERVICE, INC., a Minnesota corporation; and
WILLIAM WHITCOMB,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On Friday, January 11, 2008, Plaintiff's counsel contacted my chambers and informed my staff that this case has settled. Accordingly, both Defendant's Motion in Limine Regarding Traffic Citations (docket #38) and Defendant's Motion in Limine Regarding Report and Testimony of Dr. John Tyler, M.D. (docket #40) are **DENIED WITHOUT PREJUDICE.**

    Dated: February 1, 2008