IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02047-WYD-BNB

MARC SOKOL

    Plaintiff,

v.

SCHWAN'S HOME SERVICE, INC., a Minnesota corporation; and
WILLIAM WHITCOMB,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice (docket #71), filed February 7, 2008. After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this stipulation should be approved. Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (docket #71) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: February 13, 2008

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge